**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 348 WAL 2016 |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| DAVID L. BAYNES, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.